JONATHAN M. A. SALLS
Nevada Bar No. 12085
jsalls@dickinsonwright.com

**DICKINSON WRIGHT PLLC**
City Center West
7201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128
Telephone 702.541.7888
Facsimile 702.541.7899

JOHN S. ARTZ
jsartz@dickinsonwright.com
*Admitted Pro Hac Vice by*
*Order of the Court Dated 10/04/13*

J. BENJAMIN DOLAN
bdolan@dickinsonwright.com
*Admitted Pro Hac Vice by*
*Order of the Court Dated 10/04/13*

**DICKINSON WRIGHT PLLC**
2600 West Big Beaver Road, Suite 300
Troy, Michigan 48084
Telephone 248.433.7200
Facsimile 248.433.7274

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESERT ROCK ENTERPRISES II, LLC, a Nevada limited-liability company and DROCK GAMING, LLC, a Nevada limited-liability company,<br><br>Plaintiffs,<br>v.<br><br>DANIEL DOIRON, a Nevada resident d/b/a THE D RESORT PALM SPRINGS,<br><br>Defendant. | Case No.: 2:13-cv-01466-MMD-NJK<br><br>Honorable Judge Miranda M. Du<br><br>Magistrate Judge Nancy J. Koppe<br><br>**ORDER FOR ENTRY OF DEFAULT JUDGMENT AGAINST DANIEL DOIRON** |

Plaintiffs having filed a Motion for Entry of Default Judgment and Request for Expedited Consideration against Defendant Daniel Doiron d/b/a The D Resort Palm Springs ("Defendant"); Defendant having failed to answer Plaintiffs' Complaint previously served upon Defendant; the Clerk of Court having entered Default against Defendant on September 20, 2013; this Court having now given due consideration to Plaintiffs' Motion as well as all papers, pleadings, and exhibits offered in support thereof by Plaintiffs; the Court being further advised in the matter and there having been no appearance, answer or defense of any kind by Defendant;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That Defendant violated Section 32 of the Lanham Act (15 U.S.C. § 1114) and Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)) through the conduct described in the Complaint;

2. Defendant, individually and/or through any of his agents, employees, representatives, or attorneys, and all those persons or entities in active concert or participation with Defendant, are hereby permanently enjoined from:

    a) using the names and marks "The D Resort", "**The D**", "**The D Las Vegas**" or any other designation that is confusingly similar to the "**The D**" mark as well as the other of the "*The D Marks*", as defined and identified in the Complaint, including "*The D Casino & Hotel*", "*The D Bar*", "*Long Bar at The D*", "*D Grill*", and "*Showroom at The D*", on or in connection with the distribution, sale, offering for sale, advertisement, or promotion of any goods or services that is likely to cause confusion, or to cause mistake, or to deceive, with respect to Plaintiffs' trademark rights in "**The D**", "**The D Las Vegas**", and the other of "*The D Marks*";

    b) representing that any goods or services offered by Defendant are sponsored, approved, or authorized by or originate from Plaintiffs, or from otherwise taking any action likely to cause confusion, mistake, or deception as to the origin, approval, sponsorship, or authorization of such goods and services; and

    c) otherwise unfairly competing with Plaintiffs in violation of the Lanham Act.

3. Defendant shall file with this Court and serve on Plaintiffs within thirty days after entry of this Order a report, in writing and under oath, setting forth in detail the manner and form in which Defendant has complied with the Order;

4. Pursuant to 15 U.S.C. § 1117, Defendant is ordered to pay Plaintiffs the sum of $18,113.20 for costs, attorney's fees, investigatory fees, and expenses incurred by Plaintiffs in connection with this action.

IT IS FURTHER ORDERED that this is a final order as it resolves of the last pending claims and closes the case, although the Court shall retain jurisdiction for the purpose of enforcement of this Order.

Submitted on October 15, 2013.

DICKINSON WRIGHT PLLC

By /s/J. Benjamin Dolan
J. BENJAMIN DOLAN
2600 West Big Beaver, Suite 300
Troy, MI 480847

*Admitted Pro Hac Vice by
Order of the Court Dated 10/04/13*

JONATHAN M. A. SALLS
NEVADA BAR NO. 12085
201 West Lake Mead Boulevard, Suite 503
Las Vegas, Nevada 89128

**IT IS SO ORDERED.**
DATED: July 11, 2014

MIRANDA M. DU
United States District Judge