✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      Nevada

Desert Rock Enterprises II, LLC;
Drock Gaming, LLC

           Plaintiffs,

**DEFAULT**
**JUDGMENT IN A CIVIL CASE**

V.

Daniel Doiron, doing business as
D Resort Palm Springs

Case Number:   2:13-cv-01466-MMD-NJK

           Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

    IT IS ORDERED AND ADJUDGED

that Default Judgment is hereby entered in favor of Plaintiffs and against Defendant pursuant to Order #21 entered July 11, 2014.

July 14, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk