Eric Dobberstein, Esq.
Nevada Bar No.: 3712
Rhonda Long, Esq.
Nevada Bar No.: 10921
DICKINSON WRIGHT PLLC
8965 S. Eastern Avenue, Suite 280
Las Vegas, Nevada 89123
Telephone No.: (702) 382-4002
Email: edobberstein@dickinsonwright.com
        rlong@dickinsonwright.com

John S. Artz, Esq. (*Admitted Pro Hac Vice* 10/04/13)
J. Benjamin Dolan, Esq. (*Admitted Pro Hac Vice* 10/04/13)
DICKINSON WRIGHT PLLC
2600 West Big Beaver, Suite 300
Troy, MI 48084
Telephone No.: (248) 433-7200
Email: jartzsr@dickinsonwright.com
        bdolan@dickinsonwright.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DESERT ROCK ENTERPRISES II, LLC, a Nevada limited-liability company and DROCK GAMING, LLC, a Nevada limited-liability company, <br><br> Plaintiffs, <br> v. <br><br> DANIEL DOIRON, a Nevada resident d/b/a THE D RESORT PALM SPRINGS, <br><br> Defendant. | Case No.: 2:13-cv-01466-MMD-NJK <br><br> Honorable Judge Miranda M. Du <br><br> Magistrate Judge Nancy J. Koppe <br><br> **ORDER OF CONTEMPT AGAINST DEFENDANT DANIEL DOIRON D/B/A THE D RESORT PALM SPRINGS** |

**WHEREAS** on July 11, 2014, an *Order for Entry of Default Judgment against Daniel Doiron* was filed in this matter (Dkt. #21), and the Court having ordered and adjudged such order found that a *Default Judgment* be entered in favor of Plaintiffs (Dkt. #22).

-1-

1    **WHEREAS** the *Order for Entry of Default Judgment against Daniel Doiron* ordered that
2    Defendant was permanently enjoined from using the names and marks "The D Resort", "The D",
3    "The D Las Vegas" or any other designation that is confusingly similar to the "The D" and from
4    otherwise unfairly competing with Plaintiffs in violation of the Lanham Act. To date, Defendant
5    has continued to use the "The D" mark in contravention of the court order. As such, on January
6    13, 2015, Plaintiffs filed an *Ex-Parte Motion for an Order to Show Cause Why Defendant Should*
7    *not be Held in Contempt of Court Order* (Dkt. #24);

8    **WHEREAS** on February 2, 2015 an *Order to Show Cause Why Defendant Should Not*
9    *Be Held in Contempt of a Court Order* was issued by the court (Dkt. #26); and on March 3, 2015
10   Plaintiffs filed an *Affidavit of Service* showing service of said order on Defendant Daniel Doiron
11   (Dkt. #28).

12   **WHEREAS** Defendant Daniel Doiron d/b/a The D Resort Palm Springs, was ordered to
13   appear before the Court on April 8, 2015 to show cause why he should not be held in contempt
14   of court for his failure to comply with the provisions of the *Order for Entry of Default Judgment*
15   *against Daniel Doiron* and *Default Judgment*.

16   **WHEREAS** at the show cause hearing on that date, Rhonda Long, Esq. of the law firm
17   Dickinson Wright, PLLC appeared for Plaintiffs and Defendant failed to appear;

18   **WHEREAS**, the Court having considered the pleadings and papers on file; the
19   arguments of Plaintiffs' counsel; and for other good cause, hereby finds as follows:

20       **IT IS HEREBY ORDERED** that:

21       1.    Defendant Daniel Doiron d/b/a The D Resort Palm Springs is found to be in
22   contempt of the Court for failure to comply with the provisions of the *Order for Entry of Default*
23   *Judgment against Daniel Doiron* and *Default Judgment*.

24
25
26
27
28

2.     The Court imposes contempt sanctions on Defendant in the form of attorneys' fees and costs where such attorneys' fees are $4,612.00 and such costs are $162.60.

**IT IS SO ORDERED.**

Dated this ___22nd___ day of April, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

DICKINSON WRIGHT PLLC

_____
ERIC DOBBERSTEIN, ESQ.
Nevada Bar No. 3712
RHONDA R. LONG, ESQ.
Nevada Bar No. 10921
8965 S. Eastern Avenue, Suite 280
Las Vegas, NV 89123
Attorneys for Plaintiffs
LVEGAS 51808-31 18649v1